The Honorable Robert S. Lasnik

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

15

16

AMERICAN STATES INSURANCE
COMPANY, an Indiana corporation; and
FIRST NATIONAL INSURANCE
COMPANY OF AMERICA, a New
Hampshire corporation,

                          Plaintiffs,

        v.

GREAT AMERICAN INSURANCE
COMPANY, an Ohio corporation,

                          Defendant.

No. 2:17-cv-01200-RSL

STIPULATION AND (PROPOSED)
ORDER EXTENDING ANSWER
DEADLINE

17

## I.    STIPULATION

18      COMES NOW, Plaintiffs American States Insurance Company and First National

19  Insurance Company of America (collectively "Plaintiffs"), and Defendant Great American

20  Insurance Company ("Defendant"), who hereby stipulate and agree that the Defendant has

21  until and including September 29, 2017 to answer Plaintiffs' Complaint for Declaratory

22  Relief filed with this court on August 9, 2017 [Dkt. 1].

23
24
25
26

STIPULATION AND (PROPOSED) ORDER
EXTENDING ANSWER DEADLINE
(Cause No. 2:17-cv-01200-RSL) -- Page 1

DATED this 31st day of August, 2017.

WILSON SMITH COCHRAN
DICKERSON

By: s/John Silk

John Silk, WSBA #15035
901 Fifth Avenue, Suite 1700
Seattle, WA 98164
Phone: (206) 623-4100
Fax:    (206) 623-9273
Email: silk@wscd.com

*Attorneys for Plaintiffs American States*
*Insurance Company and First National*
*Insurance Company of America*

McNAUL EBEL NAWROT & HELGREN
PLLC

By:  s/Timothy B. Fitzgerald
By:  s/Leslie E. Barron

Timothy B. Fitzgerald, WSBA #45103
Leslie E. Barron, WSBA #50792
600 University Street, Suite 2700
Seattle, Washington 98101
Phone: (206) 467-1816
Fax:    (206) 624-5128
Email: tfitzgerald@mcnaul.com
        lbarron@mcnaul.com

*Attorneys for Great American Insurance*
*Company*

BATES CAREY LLP


By: s/Timothy B. Fitzgerald (with authorization)

Michael T. Skoglund (*pro hac vice* pending)
Ommid C. Farashahi (*pro hac vice* pending)
Jonathan A. Cipriani (*pro hac vice* pending)
191 N. Wacker, Suite 2400
Chicago, IL 60606
Phone: (312) 762-3100
Fax:    (312) 762-3200
Email: mskoglund@BatesCarey.com
        ofarashahi@batescarey.com
        jcipriani@BatesCarey.com
*Attorneys for Great American Insurance Company*

STIPULATION AND (PROPOSED) ORDER
EXTENDING ANSWER DEADLINE
(Cause No. 2:17-cv-01200-RSL) – Page 2

1

## ORDER

2

3          IT IS HEREBY ORDERED that the deadline for Defendant Great American

4   Insurance Company to answer Plaintiff's Complaint is extended to September 29, 2017.

5          DATED this 6ᵗ day of Sept. , 2017.

6

7

8                                              The Honorable Robert S. Lasnik
                                               United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND (PROPOSED) ORDER
EXTENDING ANSWER DEADLINE
(Cause No. 2:17-cv-01200-RSL) – Page 3

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816