The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, an Indiana corporation; and FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a New Hampshire corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation,<br><br>Defendant. | No. 2:17-cv-01200-RSL<br><br>STIPULATION AND ORDER TO EXTEND TIME |

## **STIPULATION**

The parties to the above-referenced action, by and through their undersigned counsel of record, hereby stipulate to extend the period for Great American Insurance Company to respond to Plaintiffs' Motion for Partial Summary Judgment from March 5, 2018 until March 16, 2018. The Parties further stipulate to extend the period for Plaintiffs to file a Reply from March 9, 2018 until March 23, 2018.

//

STIPULATION AND ORDER TO EXTEND TIME
(Cause No. 2:17-cv-01200-RSL) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: March 1, 2018

WILSON SMITH COCHRAN & DICKERSON

By /s/ John M. Silk *per email authority 03/01/2018*
    John M. Silk, WSBA No. 15035
    Lisa C. Neal, WSBA No. 25686
    901 Fifth Avenue, Suite 1700
    Seattle, WA 98164-2050
    Tel: (206) 623-4100 / Fax: (206) 623-9273
    l.neal@wscd.com
    silk@wscd.com
    Attorney for Plaintiffs

DATED: March 1, 2018

McNAUL EBEL NAWROT & HELGREN PLLC

By /s/ Leslie E. Barron
    Timothy B. Fitzgerald, WSBA No. 45103
    Leslie E. Barron, WSBA No. 50792
    600 University Street, Suite 2700
    Seattle, WA 98101-3143
    Tel: (206) 467-1816 / Fax: (206) 624-5128
    tfitzgerald@mcnaul.com
    lbarron@mcnaul.com
    Attorneys for Defendant

DATED: March 1, 2018

BATESCAREY LLP

By /s/ Jonathan A. Cipriani *per email authority 2/27/18*
    Michael T. Skoglund, *pro hac vice*
    Jonathan A. Cipriani, *pro hac vice*
    Ommid C. Farashahi, *pro hac vice*
    191 N. Wacker, Suite 2400
    Chicago, IL 60606
    Tel: (312) 762-3100
    mskoglund@BatesCarey.com
    jcipriani@BatesCarey.com
    ofarashahi@batescarey.com

STIPULATION AND ORDER TO EXTEND TIME
(Cause No. 2:17-cv-01200-RSL) – Page 2

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

## ORDER

Pursuant to the foregoing Stipulation, it is hereby ORDERED that the time for Great American Insurance Company to respond to Plaintiffs' Motion for Partial Summary Judgment has been extended until March 16, 2018 and the time for Plaintiffs to file a Reply in support of their Motion for Partial Summary Judgment has been extended until March 23, 2018.

IT IS SO ORDERED.

Dated this 2nd day of March, 2018.

*/s/ Robert S. Lasnik*
The Honorable Robert S. Lasnik
United States District Judge

Presented by:
McNAUL EBEL NAWROT & HELGREN PLLC

By /s/ Leslie E. Barron
　　Timothy B. Fitzgerald, WSBA No. 45103
　　Leslie E. Barron, WSBA No. 50792
　　600 University Street, Suite 2700
　　Seattle, WA 98101-3143
　　Tel: (206) 467-1816 / Fax: (206) 624-5128
　　tfitzgerald@mcnaul.com
　　lbarron@mcnaul.com
　　*Attorneys for Defendant*

STIPULATION AND ORDER TO EXTEND TIME
(Cause No. 2:17-cv-01200-RSL) – Page 3

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816