The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, an Indiana corporation; and FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a New Hampshire corporation,<br><br>                Plaintiffs,<br><br>v.<br><br>GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation,<br><br>                Defendant. | No. 2:17-cv-01200-RSL<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE MOTION TO COMPEL<br><br>Note on Motion Calendar: May 29, 2018 |
| GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation,<br><br>                Counter-plaintiff,<br><br>v.<br><br>AMERICAN STATES INSURANCE COMPANY, an Indiana corporation; and FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a New Hampshire corporation,<br><br>                Counter-defendants. | |

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE MOTION TO COMPEL (Cause No. 2:17-cv-01200-RSL) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

The parties to the above-referenced action, by and through their undersigned counsel of record, hereby jointly move the Court under Federal Rule of Civil Procedure 16(b)(4) and Local Civil Rule 16(b)(5) to continue Defendant Great American Insurance Company's ("GAIC") pending Motion to Compel (Dkt. 61).

GAIC filed its Motion to Compel on May 10, 2018. Dkt. 61. Because the parties were making progress addressing the concerns identified in the Motion to Compel, GAIC filed a Notice of Motion Re-Noted to extend the noting date of the motion until Friday, June 1, 2018. Dkt. 67. Since that time, the parties have continued to work cooperatively to address the concerns identified in the motion. All motions related to discovery were to be noted by the close of discovery, June 3, 2018. Dkt. 19.

Because GAIC does not want to burden the Court with what now may be unnecessary motion practice, but wants to preserve its right to have its Motion heard if the parties are unable to resolve all issues, the Parties respectfully request that the Court continue this motion to allow the Parties additional time to resolve the issues raised in the Motion. Good cause exists for a two-week continuance of this Motion, because the Parties have already reached an agreement that has mooted some of the issues raised in the Motion, and believe they may be able to come to a resolution which would make the motion entirely or almost entirely moot.

Accordingly, the Parties respectfully request that the Court continue the note date for GAIC's Motion to Compel (Dkt. 61) to June 15, 2018, and that the related deadlines for response and reply be altered to June 12, 2018 and June 15, 2018.

///

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE MOTION TO COMPEL (Cause No. 2:17-cv-01200-RSL) – Page 2

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

DATED this 29th day of May, 2018.

DATED: 5/29/18

WILSON SMITH COHHRAN DICKERSON

By: s/ Lisa C. Neal per email authority

John M. Silk, WSBA #15035
Lisa C. Neal, WSBA # 25686
901 Fifth Avenue, Suite 1700
Seattle, Washington 98161-2050
Phone: (206) 623-4100
Fax: (206) 623- 9273
Email: silk@wscd.com; l.neal@wscd.com

*Attorneys for Plaintiffs*

BATESCAREY LLP

DATED: 5/29/18

By: s/ Michael T. Skoglund

Michael T. Skoglund, *pro hac vice*
Jonathan A. Cipriani, *pro hac vice*
Ommid C. Farashahi, *pro hac vice*
191 N. Wacker, Suite 2400
Chicago, IL 60606
Phone: (312) 762- 3173
Fax: (312) 762-3200
Email: mskoglund@BatesCarey.com
jcipriani@BatesCarey.com
ofarashahi@BatesCarey.com

McNAUL EBEL NAWROT & HELGREN PLLC

By: s/ Timothy B. Fitzgerald
By: s/ Leslie E. Barron

DATED: 5/29/18

Timothy B. Fitzgerald, WSBA #45103
Leslie E. Barron, WSBA # 50792
600 University Street, Suite 2700
Seattle, Washington 98101
Phone: (206) 467-1816
Fax: (206) 624-5128
Email: tfitzgerald@mcnaul.com
lbarron@mcnaul.com

*Attorneys for Defendant*

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE MOTION TO COMPEL (Cause No. 2:17-
cv-01200-RSL) – Page 3

## ORDER

Pursuant to the above Stipulation, it is hereby ORDERED that GAIC's Motion to Compel (Dkt. 61) is continued to June 15, 2018, and that the related deadlines for response and reply are altered to June 12, 2018 and June 15, 2018.

IT IS SO ORDERED.

DATED this 30th day of May, 2018.

The Honorable Robert S. Lasnik
United States District Judge

Presented by:

McNAUL EBEL NAWROT & HELGREN PLLC

By: s/Timothy B. Fitzgerald
By: s/Leslie E. Barron

Timothy B. Fitzgerald, WSBA #45103
Leslie E. Barron, WSBA # 50792
600 University Street, Suite 2700
Seattle, Washington 98101
Phone: (206) 467-1816
Fax: (206) 624-5128
Email: tfitzgerald@mcnaul.com
lbarron@mcnaul.com

*Attorneys for Defendant*

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE MOTION TO COMPEL (Cause No. 2:17-cv-01200-RSL) – Page 4

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816