The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, an Indiana corporation; and FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a New Hampshire corporation,<br><br>                                    Plaintiffs,<br><br>        v.<br><br>GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation,<br><br>                                    Defendant. | No. 2:17-cv-01200-RSL<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DISCOVERY CUTOFF FOR LIMITED PURPOSES<br><br>Note on Motion Calendar: June 1, 2018 |
| GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation,<br><br>                                    Counter-plaintiff,<br><br>        v.<br><br>AMERICAN STATES INSURANCE COMPANY, an Indiana corporation; and FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a New Hampshire corporation,<br><br>                                    Counter-defendants. | |

STIP. AND [~~PROPOSED~~] ORDER TO EXTEND DISCOVERY
FOR LIMITED PURPOSES - (No. 2:17-cv-01200-RSL) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

Pursuant to Fed. R. Civ. P. 16(b)(4) and LCR 16(b)(5), Plaintiffs/Counter-defendants American States Insurance Company and First National Insurance Company of America (collectively, "Plaintiffs" or "ASIC") and Defendant/Counter-plaintiff Great American Insurance Company ("Defendant" or "GAIC"), by and through their undersigned counsel of record, hereby stipulate and move the court to continue the deadline for specific discovery to be completed in this matter as described below.

## I. FACTS

The discovery cutoff for this matter is June 3, 2018. *See* Dkt. 19. Trial is set for October 18, 2018. The parties have to date exchanged Initial Disclosures, written discovery, and exchanged documents. Expert reports have been exchanged. As of June 1, 2018, two expert witnesses will have been deposed. One out-of-state ASIC company representative was deposed on May 31, 2018.[1] The documents supporting GAIC's counterclaim are voluminous, and were produced on March 20, 2018.[2] A number of topics regarding which GAIC has requested testimony required review of those documents. Further, the parties have worked through substantive disputes regarding the production of some documents by ASIC, arriving at an agreement that would allow production and avoid motion practice on May 30, 2018. A number of topics regarding which GAIC requests testimony require preparation on topics that are the subject of the May 30, 2018, agreement. Finally, one category of documents requested by GAIC, documents held by ASIC regarding the underwriting of insurance policies issued to Sea Shepherd's underwriting, will be either produced subject to the May 30, 2018, agreement, or Sea Shepherd will oppose GAIC's pending motion to compel (Dkt. 61). GAIC has

---

[1] GAIC asserts the right to depose this witness further with respect to documents produced after the deposition. ASIC does not agree.

[2] As discussed by ASIC in Dkt. 48. The Court denied the motion, but allowed ASIC until May 21, 2018, to serve its expert's report. GAIC opposed ASIC's motion. Dkt. 48.

STIP. AND [PROPOSED] ORDER TO EXTEND DISCOVERY
FOR LIMITED PURPOSES - (No. 2:17-cv-01200-RSL) -- Page 2

requested that an ASIC representative testify regarding those underwriting materials, and this deposition must await either production of the documents or this Court's ruling on Sea Shepherd's opposition, if filed.

Upcoming Discovery:

- Deposition of Frank Cordell, ASIC expert witness; expert report provided May 21, 2018;
- Deposition of two ASIC company representatives pursuant to Fed. R. Civ. P. 30(b)(6), first requested May 4, 2018;
- Deposition of GAIC's non-retained experts (seven); first disclosed April 4, 2018; and
- Response to Subpoenas Duces Tecum by GAIC's non-retained experts.

GAIC's non-retained experts were designated as "may calls" on issues reliant upon the production of the documents on March 20, 2018 and June 1, 2018. As stated, ASIC's expert witness on the same topic completed his report on May 21, 2018. Meanwhile, the witnesses were contacted by ASIC counsel following designation. Those witnesses who responded to requests for deposition dates were unavailable prior to the discovery cutoff;[3] one witness indicated that he did not have the records that would allow him to testify as designated, some witnesses failed to respond to the request for deposition dates, and other witnesses resisted deposition for personal reasons or otherwise.[4] ASIC issued subpoenas duces tecum that could obviate the need for deposition, but two witnesses have objected to those subpoenas, and deposition may be necessary.[5] One witness requested additional

---

[3] One witness was available on two dates counsel in this case were unavailable.

[4] Declaration of Lisa C. Neal ("Neal Decl") ¶ 2.

[5] Neal Decl. ¶ 3. The objections lodged stem from the witnesses' assertion that GAIC, not the witness, should produce the documents; the same documents have been requested from GAIC, and production is due June 1, 2018. *Id.*

STIP. AND [PROPOSED] ORDER TO EXTEND DISCOVERY
FOR LIMITED PURPOSES - (No. 2:17-cv-01200-RSL) – Page 3

time to respond (until mid-June).[6]  None of the witnesses have yet responded to the

subpoenas duces tecum, which set a deadline of June 1, 2018.[7]  Additional time is needed

to allow for the orderly scheduling of these witnesses.

Counsel Schedules

**ASIC Counsel Unavailability:**

> June 14
>
> July 12 – 30
>
> August 10
>
> Trial weeks
>
> September 4, 2018
>
> September 10, 2018
>
> October 1, 2018

**GAIC Counsel Unavailability:**

> June 7-18
>
> July 20
>
> August 11-18

**Trial Date:**

> October 1, 2018

To facilitate the orderly scheduling of the remaining contemplated depositions

among the parties, their counsel and non-party witnesses and their respective counsel, the

parties request that the discovery cut-off be extended to September 15, 2018, for the

discovery outlined above, only.

---

[6] *Id.*

[7] *Id.*

STIP. AND [PROPOSED] ORDER TO EXTEND DISCOVERY
FOR LIMITED PURPOSES - (No. 2:17-cv-01200-RSL) – Page 4

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

1

## I. AGREEMENTS UNDERLYING STIPULATION

2   The parties have agreed that ASIC will offer company representatives in response

3   to GAIC's Fed. R. Civ. P. 30(b)(6) notices of deposition by June 29, 2018.  This

4   agreement is subject to whether or not Sea Shepherd objects to production of its

5   underwriting information and opposes GAIC's pending motion to compel; in that event,

6   the parties will schedule the deposition following the Court's ruling, but before September

7   15, 2018.

8   ASIC has also agreed to two tentative dates for deposition of its expert witness

9   Frank Cordell for deposition in June (June 15 or June 22).  The parties will work

10   cooperatively in scheduling the depositions of non-retained experts, with the goal being

11   completion of the depositions by July 31, 2018, with scheduling up to September 15, 2018

12   allowed if necessary.

13

## II. ARGUMENT

14   The Court may amend the case schedule for "good cause."  "Good cause" is a non-

15   rigorous standard that has been construed broadly across procedural and statutory

16   contexts."  *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010).

17   Courts often focus on whether the party (or parties) seeking to modify the pre-trial

18   scheduling order have been diligent.  *Johnson Mammoth Recreations, Inc.*  975 F.2d 604,

19   607-08 (9th Cir. 1992).

20   Good cause exists to extend the discovery deadline for the discovery listed above.

21   The parties have been diligent in conducting the discovery described above, and have

22   worked together to fashion production and disclosures to date.  Completing the discovery

23   outlined above by the date requested is not likely to impede consideration of motions for

24   summary judgment prior to trial.  The parties do not request alteration to any other

25   deadlines.

26

STIP. AND [PROPOSED] ORDER TO EXTEND DISCOVERY
FOR LIMITED PURPOSES - (No. 2:17-cv-01200-RSL) – Page 5

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

The parties will be prejudiced if the Court does not continue the discovery cut off as requested. The orderly scheduling of depositions at times convenient for all parties will be impeded; non-party witnesses will be prejudiced if compelled to appear at inconvenient times. The discovery to be completed is, as argued by the respective parties, important to the claims or defenses of that party.

### III. CONCLUSION

The parties request that the Court grant this Motion and order that the discovery outlined above be completed by September 15, 2018.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: June 1, 2018

WILSON SMITH COCHRAN & DICKERSON

By  s/ Lisa C. Neal per email authority
    John M. Silk, WSBA No. 15035
    Lisa C. Neal, WSBA No. 25686
    901 Fifth Avenue, Suite 1700
    Seattle, WA  98164-2050
    l.neal@wscd.com
    silk@wscd.com
    Attorney for Plaintiffs

DATED: June 1, 2018

McNAUL EBEL NAWROT & HELGREN PLLC

By s Timothy B. Fitzgerald
   Timothy B. Fitzgerald, WSBA No. 45103
   Leslie E. Barron, WSBA No. 50792
   600 University Street, Suite 2700
   Seattle, WA 98101-3143
   Tel: (206) 467-1816 / Fax: (206) 624-5128
   tfitzgerald@mcnaul.com
   lbarron@mcnaul.com
   Attorneys for Defendant

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

DATED:  June 1, 2018                    BATESCAREY LLP


                                        By s/ Michael T. Skoglund per email authority
                                          Michael T. Skoglund, *pro hac vice*
                                          Jonathan A. Cipriani, *pro hac vice*
                                          Ommid C. Farashahi, *pro hac vice*
                                          191 N. Wacker, Suite 2400
                                          Chicago, IL 60606
                                          Tel: (312) 762-3100
                                          mskoglund@BatesCarey.com
                                          jcipriani@BatesCarey.com
                                          ofarashahi@batescarey.com

## **ORDER**

Pursuant to the foregoing Stipulation, it is hereby ORDERED that  the discovery

cutoff is extended through September 15, 2018, for the following discovery:

Deposition of Frank Cordell, ASIC expert witness; expert report provided May 21,

2018;

Deposition of two ASIC company representatives pursuant to Fed. R. Civ. P.

30(b)(6), first requested May 4, 2018;

Deposition of GAIC's non-retained experts (seven); first disclosed April 4, 2018;

and

Response to Subpoenas Duces Tecum by GAIC's non-retained experts.

///

LAW OFFICES OF
McNaul Ebel Nawrot & Helgren pllc
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

1

2     IT IS SO ORDERED.

3     DATED this ___ day of June, 2018.

4

5                                        _____
                                         The Honorable Robert S. Lasnik
6                                        United States District Court Chief Judge

7     Presented by:
      McNAUL EBEL NAWROT & HELGREN PLLC
8

9     By s/ Timothy B. Fitzgerald
          Timothy B. Fitzgerald, WSBA No. 45103
10        Leslie E. Barron, WSBA No. 50792
          600 University Street, Suite 2700
11        Seattle, WA 98101-3143
          Tel: (206) 467-1816 / Fax: (206) 624-5128
12        tfitzgerald@mcnaul.com
          lbarron@mcnaul.com
13        *Attorneys for Defendant*

14

15

16

17

18

19

20

21

22

23

24

25

26

STIP. AND [PROPOSED] ORDER TO EXTEND DISCOVERY
FOR LIMITED PURPOSES - (No. 2:17-cv-01200-RSL) – Page 8