THE HON. ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, an Indiana corporation; and FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a New Hampshire corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation,<br><br>Defendant. | No. 2:17-cv-01200-RSL<br><br>STIPULATION AND ORDER TO EXTEND TIME ALLOWED UNDER DKT. 81 TO REOPEN CAUSE |

Pursuant to the parties' Notice of Settlement, the Court dismissed this action on June 25, 2018. Dkt. 81. The Order of Dismissal allows any party upon good cause shown within sixty (60) days to move to reopen the cause if the reported settlement is not consummated.

Due to the past and upcoming unavailability of counsel and the parties during the sixty (60) day period, the settlement has not yet been consummated. To allow continuation of the ongoing discussions regarding the language of the settlement agreement, including mediation scheduled for mid-September, the parties respectfully request that the Court extend the time for consummation until October 5, 2018.

STIPULATION AND ORDER TO EXTEND TIME (Cause No. 2:17-cv-01200-RSL) – 1

WILSON SMITH COCHRAN DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

DATED this 23rd day of August, 2018.

*s/ Lisa C. Neal*
John M. Silk, WSBA No. 15035
Lisa C. Neal WSBA No. 25686
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, WA 98164-2050
Telephone: (206) 623-4100
L.Neal@wscd.com
Attorney for Plaintiffs

*s/ Timothy B. Fitzgerald*
Timothy B. Fitzgerald, WSBA No. 45103
Leslie E. Barron, WSBA No. 50792
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, WA 98101-3143
Tel: (206) 467-1816 / Fax: (206) 624-5128
tfitzgerald@mcnaul.com
lbarron@mcnaul.com
Attorneys for Defendant

*s/ Michael T. Skoglund*
Michael T. Skoglund, *pro hac vice*
Jonathan A. Cipriani, *pro hac vice*
Ommid C. Farashahi, *pro hac vice*
BATESCAREY LLP
191 N. Wacker, Suite 2400
Chicago, IL 60606
Tel: (312) 762-3100
mskoglund@BatesCarey.com
jcipriani@BatesCarey.com
ofarashahi@batescarey.com

STIPULATION AND ORDER TO EXTEND
TIME (Cause No. 2:17-cv-01200-RSL) – 2

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

## ORDER

Pursuant to the above Stipulation, it is hereby ORDERED that the deadline to reopen this cause, as set forth in the Order of Dismissal (Dkt. 81), is extended until October 5, 2018.

IT IS SO ORDERED.

DATED this 30th day of August, 2018.

Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER TO EXTEND TIME (Cause No. 2:17-cv-01200-RSL) – 3



WILSON SMITH COCHRAN DICKERSON

901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273