THE HON. ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, an Indiana corporation; and FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a New Hampshire corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation,<br><br>Defendant. | No. 2:17-cv-01200-RSL<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME ALLOWED UNDER DKT. 81 TO REOPEN CAUSE<br><br>NOTED FOR October 2, 2018 |

Pursuant to the parties' Notice of Settlement, the Court dismissed this action on June 25, 2018. Dkt. 81. The Order of Dismissal allows any party upon good cause shown within sixty (60) days to move to reopen the cause if the reported settlement is not consummated.

The parties have agreed upon the settlement agreement and release language, and anticipate that the agreement will be signed this week. The agreement provides for fourteen days for all payments to be received. Therefore, the parties respectfully request that the Court extend the time for consummation of the settlement or to reopen the cause for good cause until October 19, 2018.

STIPULATION AND [PROPOSED] ORDER TO
EXTEND TIME (Cause No. 2:17-cv-01200-
RSL) – 1



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

DATED this 2nd day of October, 2018.

*s/ Lisa C. Neal*
John M. Silk, WSBA No. 15035
Lisa C. Neal WSBA No. 25686
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, WA 98164-2050
Telephone: (206) 623-4100
L.Neal@wscd.com
Attorney for Plaintiffs

*s/ Timothy B. Fitzgerald*
Timothy B. Fitzgerald, WSBA No. 45103
Leslie E. Barron, WSBA No. 50792
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, WA 98101-3143
Tel: (206) 467-1816 / Fax: (206) 624-5128
tfitzgerald@mcnaul.com
lbarron@mcnaul.com
Attorneys for Defendant

*s/ Michael T. Skoglund*
Michael T. Skoglund, *pro hac vice*
Jonathan A. Cipriani, *pro hac vice*
Ommid C. Farashahi, *pro hac vice*
BATESCAREY LLP
191 N. Wacker, Suite 2400
Chicago, IL 60606
Tel: (312) 762-3100
mskoglund@BatesCarey.com
jcipriani@BatesCarey.com
ofarashahi@batescarey.com

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME (Cause No. 2:17-cv-01200-RSL) – 2



WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

## ORDER

Pursuant to the above Stipulation, it is hereby ORDERED that the deadline to reopen this cause, as set forth in the Order of Dismissal (Dkt. 81), is extended until October 19, 2018.

IT IS SO ORDERED.

DATED this 4th day of October, 2018.



The Honorable Robert S. Lasnik
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME (Cause No. 2:17-cv-01200-RSL) – 3

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273